IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FRANK C. PLESSINGER and MICHELLE PLESSINGER,** Husband and Wife, | : : : : | **Civil No. 1:23-CV-00519-SHR** |
| Plaintiffs, | : : | |
| v. | : : | |
| **PRIMECARE MEDICAL INC., et al.,** | : : | Judge Sylvia H. Rambo |
| Defendants. | : | |

# O R D E R

**AND NOW**, this 13th day of March, 2024, upon consideration of Defendant's motions to dismiss the amended complaint (Docs. 19, 22), and in accordance with the accompanying memorandum, **IT IS HEREBY ORDERED** as follows:

1. Counts I and III of the complaint are **DISMISSED WITHOUT PREJUDICE**;

2. The court **DECLINES** to exercise supplemental jurisdiction over Counts II and IV**;** and

3. Plaintiffs are granted thirty days from the date of this order to file an amended complaint.

/s/ Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge

Dated: March 13, 2024